**Order filed August 22, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00573-CV
_____

**GILJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellants**

**V.**

**THE CITY OF HOUSTON, Appellee**

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-33288A**

## O R D E R

The notice of appeal in this case was filed June 11, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant Gilbert Cruz has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **September 6, 2013.** _See_ Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM